UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-11758 |
| ELITE COIL TUBING SOLUTIONS, LLC | CHAPTER 7 |
| DEBTOR | INVOLUNTARY |

REPORT OF SALE AT PUBLIC AUCTION

TO THE HONORABLE CLERK, UNITED STATES BANKRUPTCY COURT:

NOW COMES, through counsel, comes JOHN CLIFTON CONINE, the duly qualified and acting Trustee herein, who with respect shows:

1.

On January 14, 2016, notice was given by the Trustee of his intent to sell a 2010 Cadillac Escalade of the debtor at a public auction. Said auction was held on March 5, 2016, at Lawler Auction Company, 7781 Highway 1 North, Shreveport, Louisiana.

2.

That said Public Auction Sale was conducted with assistance. The vehicle sold for $16,250.00. See attached sales report from Lawler Auction Company.

3.

That all parties in interest had an opportunity for objection and hearing on said sale.

4.

The Trustee requests that this report be filed in and made a part of the records of the above captioned case.

Signed at Natchitoches, Louisiana, this 8th day of March, 2016.

/s/ John W. Luster
JOHN W. LUSTER #9184
1120 Williams Avenue
Post Office Box 488
Natchitoches, LA 71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
E-mail: luster_j@bellsouth.net
Attorney for John C. Conine, Trustee

# Consignor Settlement

**Lawler Auction Company**
**7781 Highway 1 North**
**Shreveport, LA  71107**
**Phone: 318-929-7003   Fax: 318-309-8966**

| CO #: | 2763 |
|---|---|
| Date: | 3/7/2016 |
| Page: | 1 |

**Consignor: CONINE**
Cliff Conine
Chapter 7 Trustee John C. Conine
1150 Miller Farm Road
Natchitoches, LA 71457

Auction: U. S. Bankruptcy Vehicle & Equipment Auction 3-5-2016

| Lot # | Lead | Transaction Description | Amount |
|---|---|---|---|
| 2 | 2010 Cadillac Escalade Trim Level: Platinum Edition Body Type: SUV VIN #: 1GYUCDEF5AR286822 Color: BLACK Mileage: 173,975 Engine: V8, 6.2L 2-wheel drive. Total Reserve: 11,000.00 | Invoice Sale Price(Qty=1) #160 Ronnie Hilliard | 16,250.00 |
| | | 004502604 Commission(Qty=1) | ( 1,625.00) |
| | | Manual Adjustment - Advanced the commission back to the estate, which trustee will send back to us. | 1,625.00 |

|  |  |
|---|---|
| Total Quantity: | 1.00 |
| Total Invoice Sale Price: | 16,250.00 |
| Total Manual Adjustments: | 1,625.00 |
| Total Commission: | ( 1,625.00) |
| Total Due to Consignor: | 16,250.00 |
| Total Payments: | 0.00 |
| Balance: | $16,250.00 |

Positive Balance, Monies Owed to Consignor
No inventory remains for this consignment order

**COMMISSION SETTINGS**
Calculate Commission By: Each
Commission Structure Type: Sliding Scale

| Minimum | $20 |
| Up to $100 | $20 |
| $100.01 - $500 | 15% |
| $500.01 - $999 | 12% |
| Over $999 | 10% |

**BUY BACK SETTINGS**
Calculate Buy Back By: Each
Buy Back Structure Type: Sliding Scale

| Any Amount | $50 |

The above referenced Consignor (Seller) has previously consigned all of the above listed items to Lawler Auction Company to be sold at public auction. The Seller hereby warrants and guarantees that there are no liens or encumbrances on any items, and that all items are being sold free and clear of any and all liens or encumbrances. Seller further guarantees and acknowledges that the Seller is the sole-owner of the items hereby consigned and that he/she has the authority to sell the items. Lawler Auction Company shall be entitled to a commission as outlined on this form, plus buyer's premiums of 10% that will be assessed to the buyers at auction. Consignor hereby consigns the items to the auction and agrees that no items will be pulled from the auction before the date of the auction, which will be determined by the Auctioneer. Lawler Auction Company will mail payment within 7 days after the date of the auction, provided that all funds have been collected and that Seller had provided all necessary paperwork necessary to transfer the assets to the appropriate buyers.

Consignor Settlement

**Lawler Auction Company**
**7781 Highway 1 North**
**Shreveport, LA 71107**
**Phone: 318-929-7003   Fax: 318-309-8966**

| | |
|---|---:|
| CO #: | 2763 |
| Date: | 3/7/2016 |
| Page: | 2 |

Consignor's Signature: _____   Date: _____